UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 11-20669-CIV-GRAHAM/TORRES

LAURA ESCOBAR,

Plaintiff,

vs.

MONARCH RECOVERY MANAGEMENT, INC.,

Defendant.

_____/

**NOTICE OF SETTLEMENT**

Plaintiff, LAURA ESCOBAR (hereinafter referred to as "Plaintiff"), through undersigned counsel, hereby notifies the Court that a settlement has been reached in the instant matter.

Dated: April 13, 2011                             Respectfully submitted,

/s Andrew I. Glenn_____
Andrew I. Glenn
E-mail: Andrew@cardandglenn.com
Florida Bar No. 577261
J. Dennis Card, Jr.
E-mail: Dennis@cardandglenn.com
Florida Bar No. 0487473
Card & Glenn, P.A.
2501 Hollywood Boulevard, Suite 100
Hollywood, Florida 33020
Telephone: (954) 921-9994
Facsimile: (954) 921-9553
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 13, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s Andrew I. Glenn_____
Andrew I. Glenn, Esq.

**SERVICE LIST**

Valerie Pitt, Esq.
Florida Bar No.: 0121517
LAW OFFICE - JAMES J. GALLAGHER
200 E. Broward Boulevard, Suite 1000
Fort Lauderdale, FL 33301
Telephone: (954) 462-1117
Facsimile: (954) 763-3316
Attorneys for Defendant
Served via CM/ECF