UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 11-20669-CIV-GRAHAM/TORRES

LAURA ESCOBAR,

Plaintiff,

vs.

MONARCH RECOVERY MANAGEMENT, INC.,

Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

Dated: April 28, 2011                                    Respectfully submitted,

/s Andrew I. Glenn                                       /s Valerie Pitt
Andrew I. Glenn                                          Valerie Pitt
E-mail: Andrew@cardandglenn.com                          Florida Bar Number 0121517
Florida Bar No.: 577261                                  LAW OFFICE - JAMES J.
J. Dennis Card, Jr.                                      GALLAGHER
E-mail: Dennis@cardandglenn.com                          200 E. Broward Boulevard, Suite 1000
Florida Bar No. 0487473                                  Fort Lauderdale, FL 33301
Card & Glenn, P.A.                                       Telephone: (954)462-1117
2501 Hollywood Boulevard, Suite 100                      Direct Line: (954)308-8790
Hollywood, Florida 33020                                 Facsimile: (954)763-3316
Telephone: (954) 921-9994                                Attorneys for Defendant
Facsimile: (954) 921-9553
Attorneys for Plaintiff

1