UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 11-20669-CIV-GRAHAM/GOODMAN

LAURA ESCOBAR,

    Plaintiff,

v.

MONARCH RECOVERY MANAGEMENT, INC.,

    Defendant.
_____/

### ORDER

**THIS CAUSE** came before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [D.E. 10]. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED** with prejudice, with each party to bear its own fees and costs. It is further

**ORDERED AND ADJUDGED** that the Court shall retain jurisdiction for sixty (60) days to enforce the terms of any settlement agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of May, 2011.

                                        s/Donald L. Graham
                                        DONALD L. GRAHAM
                                        UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Goodman
     All Counsel of Record